# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DALE D. DAVISSON,<br><br>Defendant. | PO  22-05014-BLG-TJC<br><br><br>**ORDER** |

Before the Court is Plaintiff's Motion to Dismiss Violations and Vacate Trial Date.  (Doc. 11.)  The Court notes that Plaintiff failed to adhere to Local Rule CR 47.1 which states:

> (a) Except for motions for appointment of counsel, the text of the motion must state that all other parties have been contacted and state whether any party objects to the motion.
> . . .
>
> (b) When a motion is unopposed, the word "unopposed" must appear in the title of the motion.

Adherence to this local rule allows the Court, and often the parties, to handle matters more expeditiously.  Compliance with the local rule is required.

Accordingly,

/ / /

/ / /

/ / /

1

**IT IS ORDERED** that Plaintiff's motion (Doc. 11) is **DENIED** with leave to renew.

DATED this 10th day of November, 2022.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge