## IN THE UNITED STATES MAGISTRATE COURT
### FOR THE DISTRICT OF MONTANA
### BILLINGS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>vs.<br><br>**DALE D. DAVISSON,**<br><br>Defendant. | **PO-22-05014-BLG-TJC**<br><br>**ORDER GRANTING MOTION TO DISMISS VIOLATIONS AND VACATE TRIAL DATE**<br><br>**Violation Nos. 9509685, 9509684, 9509686, 9509687, and 9509688**<br>**Location Code:  M14** |

Before the Court is the United States' unopposed motion to dismiss violations and vacate trial date.  (Doc. 13)  Accordingly,

IT IS ORDERED that the motion to dismiss Violation Notice 9509685 with prejudice and to dismiss Violation Notices 9509684, 9509686, 9509687, and 9509688 without prejudice is GRANTED.

IT IS FURTHER ORDERED that the trial date currently set for November 15, 2022, at 9:00 a.m. is VACATED.

DATED this 14th day of November, 2022.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge